UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FAIZ A. JAHANI, et. al., | NO. CIV.S-10-0777 FCD KJM |
| Plaintiffs, | |
| v. | ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS |
| WASHINGTON MUTUAL BANK, now doing business as JPMORGAN CHASE BANK, N.A., et. al., | |
| Defendants. | |

----oo0oo----

1.   The hearing on Defendants' Motion to Dismiss (Docket #6) is continued to July 9, 2010, at 10:00 a.m.  Plaintiffs' shall file and serve their opposition brief or notice of non-opposition no later than June 25, 2010.  The defendants' may file and serve a reply on or before July 2, 2010.

2.   Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants'

motion in compliance with Local Rule 230(c).

    3.   Plaintiffs' counsel shall file his response to the order to show cause on or before June 25, 2010.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: June 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2