UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FAIZ JAHANI, et. al.,

        Plaintiffs,

   v.

WASHINGTON MUTUAL BANK, et. al.,

        Defendants.

NO. CIV. S-10-0777 FCD KJM

<u>ORDER FOR SANCTIONS AND</u>
<u>FURTHER ORDER TO SHOW CAUSE</u>

----oo0oo----

On June 8, 2010, plaintiff's counsel, Mr. Piotr Gabriel Reysner, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).  The court ordered counsel to file his response to the Order to Show Cause on or before June 25, 2010. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

    1.   Plaintiff's counsel, Mr. Piotr Gabriel Reysner, is ordered to pay sanctions in the amount of **$150.00** for his failure

to file a response to the Order to Show Cause filed on June 8, 2010.  Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

    2.   Plaintiff's counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiff's case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before July 9, 2010.

    3.   The hearing on defendants' Motion to Dismiss (Docket #6) currently set for July 9, 2010 is VACATED and RESET for July 23, 2010 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: June 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE